IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Gunnell Jr, James F

Printed: 03/24/09

Case Number: 05 B 63969
Judge: Hollis, Pamela S
Filed: 12/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 29, 2009
Confirmed: January 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,210.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,884.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,340.00 |
| Trustee Fee: |  | 655.29 |
| Other Funds: |  | 330.00 |
| Totals: | 12,210.00 | 12,210.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Peter F Geraci | Administrative | 2,340.00 | 2,340.00 |
| 2. ECast Settlement Corp | Unsecured | 506.26 | 607.11 |
| 3. ECast Settlement Corp | Unsecured | 3,301.93 | 3,959.77 |
| 4. American Express Centurion | Unsecured | 1,789.31 | 2,145.75 |
| 5. Aspire Visa | Unsecured | 587.74 | 704.85 |
| 6. B-Real LLC | Unsecured | 154.80 | 185.66 |
| 7. ECast Settlement Corp | Unsecured | 340.68 | 408.59 |
| 8. ECast Settlement Corp | Unsecured | 266.78 | 319.96 |
| 9. Discover Financial Services | Unsecured | 461.15 | 553.02 |
| 10. Department of Veteran Affairs | Unsecured |  | No Claim Filed |
|  |  | $ 9,748.65 | $ 11,224.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 67.22 |
| 5% | 26.05 |
| 4.8% | 152.30 |
| 5.4% | 215.66 |
| 6.5% | 128.71 |
| 6.6% | 65.35 |
|  | $ 655.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gunnell Jr, James F | Case Number:  05 B 63969 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  12/14/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: